FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

SEP 10 2025

JM
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:25-cr-00195 |
| v. | ) | |
| | ) | |
| [1] ANGEL SANDOVAL | ) | 18 U.S.C. § 2 |
| a/k/a "50" | ) | 21 U.S.C. § 841(a)(1) |
| [2] SERGIO ALVARADO | ) | 21 U.S.C. § 846 |
| a/k/a "Scrappy" | ) | 21 U.S.C. § 856(a)(1) |
| a/k/a "Pajarito" | ) | |
| [3] ANTYWAN DANGERFIELD | ) | |
| [4] HUGO BALCAZAR, JR. | ) | |
| a/k/a "Chino" | ) | |
| [5] JOSE FRANCISCO LOPEZ | ) | |
| [6] ISRAEL SILVA-MARTINEZ | ) | |
| [7] GEOFFREY JACKSON | ) | |
| [8] CALVIN PENTECOST | ) | |
| [9] MICHAEL WILKER | ) | |
| [10] DANIEL AMMON | ) | |
| [11] AMIR ZARE | ) | |
| [12] JOSUE ORLANDO ALEMAN | ) | |
| [13] ABRAHAM MARTINEZ | ) | |
| a/k/a "A.B." | ) | |

# INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES:

Beginning not later than in or about August 2024, the exact date being unknown to the Grand Jury, and continuing through on or about September 10, 2025, in the Middle District of Tennessee and elsewhere, the defendants, **[1] ANGEL SANDOVAL, a/k/a "50," [2] SERGIO ALVARADO, a/k/a/ "Scrappy," a/k/a "Pajarito," [3] ANTYWAN DANGERFIELD, [4] HUGO BALCAZAR, JR., a/k/a "Chino," [5] JOSE FRANCISCO LOPEZ, [6] ISRAEL SILVA MARTINEZ, [7] GEOFFREY JACKSON, [8] CALVIN PENTECOST, [9] MICHAEL WILKER, [10] DANIEL AMMON, [11] AMIR ZARE, [12] JOSUE ORLANDO**

**ALEMAN,** and **[13] ABRAHAM MARTINEZ, a/k/a "A.B.,"** did combine, conspire, confederate, and agree, together and with others known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine; a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine; and a quantity of methamphetamine, all of which are Schedule II controlled substances; and also a quantity of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

With respect to defendants **[1] ANGEL SANDOVAL, a/k/a "50," [2] SERGIO ALVARADO, a/k/a/ "Scrappy," a/k/a "Pajarito,"** and **[4] HUGO BALCAZAR, JR., a/k/a "Chino,"** the amount involved in the conspiracy attributable to these defendants as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to these defendants, is five kilograms or more of a mixture and substance containing a detectable amount of cocaine and 50 grams or more of methamphetamine, both of which are Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

With respect to defendant **[3] ANTYWAN DANGERFIELD,** the amount involved in the conspiracy attributable to this defendant as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

All in violation of Title 21, United States Code, Section 846.



Case 3:25-cr-00195 Document 1 Filed 09/10/25 Page 2 of 8 PageID #: 248

<u>COUNT TWO</u>

THE GRAND JURY FURTHER CHARGES:

Between on or about December 1, 2024, and on or about September 10, 2025, in the Middle District of Tennessee, **[1] ANGEL SANDOVAL, a/k/a "50,"** did unlawfully and knowingly use and maintain a place located at 3917 Brick Church Pike, Nashville, Tennessee, for the purpose of manufacturing and distributing a mixture and substance containing a detectable amount of cocaine, and also methamphetamine, both of which are Schedule II controlled substances.

In violation of Title 21, United States Code, Section 856(a)(1).

<u>COUNT THREE</u>

THE GRAND JURY FURTHER CHARGES:

Between on or about December 1, 2024, and on or about September 10, 2025, in the Middle District of Tennessee, **[4] HUGO BALCAZAR, JR., a/k/a "Chino,"** and **[12] JOSUE ORLANDO ALEMAN,** aided and abetted by each other, did unlawfully and knowingly use and maintain a place located at 6222 Deal Avenue, Nashville, Tennessee, for the purpose of manufacturing, distributing, and using a mixture and substance containing a detectable amount of cocaine; a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine; and a quantity of methamphetamine, all of which are Schedule II controlled substances; and also a quantity of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATIONS

THE GRAND JURY FURTHER CHARGES:

The allegations contained in this Indictment are re-alleged and incorporated by reference as if fully set forth in support of these forfeiture allegations.

1. Upon conviction of any of COUNTS ONE, TWO, and THREE, as to **[1] ANGEL SANDOVAL, a/k/a "50," [2] SERGIO ALVARADO, a/k/a/ "Scrappy," a/k/a "Pajarito," [3] ANTYWAN DANGERFIELD, [4] HUGO BALCAZAR, JR., a/k/a "Chino," [5] JOSE FRANCISCO LOPEZ, [6] ISRAEL SILVA MARTINEZ, [7] GEOFFREY JACKSON, [8] CALVIN PENTECOST, [9] MICHAEL WILKER, [10] DANIEL AMMON, [11] AMIR ZARE, [12] JOSUE ORLANDO ALEMAN,** and **[13] ABRAHAM MARTINEZ, a/k/a "A.B.,"** the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a):

(A) any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly as a result of each violation; and

(B) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation;

including, but not limited to, a money judgment in an amount to be determined, representing the amount of proceeds the defendant obtained, directly or indirectly as a result of the offense(s) and the value of the property used, or intended to be used, in any manner or part, to commit or facilitate such offense(s).

2. Upon conviction of any of COUNTS ONE, TWO, and THREE, as to **[1] ANGEL SANDOVAL, a/k/a "50," [2] SERGIO ALVARADO, a/k/a/ "Scrappy," a/k/a "Pajarito," [3] ANTYWAN DANGERFIELD, [4] HUGO BALCAZAR, JR., a/k/a "Chino," [5] JOSE FRANCISCO LOPEZ, [6] ISRAEL SILVA MARTINEZ, [7] GEOFFREY JACKSON, [8]**

**CALVIN PENTECOST, [9] MICHAEL WILKER, [10] DANIEL AMMON, [11] AMIR ZARE, [12] JOSUE ORLANDO ALEMAN,** and **[13] ABRAHAM MARTINEZ, a/k/a "A.B.,"** the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), the following real property, including all improvements thereon and appurtenances thereto, as well as any right, title, and interest (including any leasehold interest) in the whole of any lot or tract of land and any appurtenances or improvements, and proceeds resulting from the sale, lease, or transfer of these real properties, thereto are sought for forfeiture:

a. 3917 Brick Church Pike, Nashville, Tennessee, 37207, more particularly described as follows:

Land in Davidson County, Tennessee, being Lot 504, BELLSHIRE ESTATES, SECTION "B", as shown on plat of record in Plat Book 2331, Pages 128 and 129, in the Register's Office, Davidson County, Tennessee, to which plat reference is hereby made for a more particular description of said property.

This property conveyed to Angel A. Sandoval, a single man, from Joseph J. LeMaster and Mary B. LeMaster, husband and wife, by Warranty Deed recorded on November 13, 2020 in Instrument No. 20201113-0134309, with the Register of Deeds Office in Davidson County, Tennessee.

Being the same property conveyed to Joseph J. LeMaster and Mary B. LeMaster, husband and wife by Deed dated September 10, 2015, from Estrella P. Acosta, a single woman, recorded September 11, 2015, in Instrument Number 20150911-0092472, in the Official Records of Davidson County, Tennessee.

This conveyance is subject to all matters shown on any applicable recorded plan, all applicable easements, setback lines, and restrictions of record; and any encroachment, encumbrance, violation, variation, or adverse circumstances affecting the title that would be disclosed by an accurate and complete land survey of the land and not shown by the Public Records.

b. 6222 Deal Avenue, Nashville, Tennessee, 37209, more particularly described as follows:

Land in Davidson County, Tennessee, being Unit #3, on the plan of final plan re-subdivision, PARKWOOD GLEN, PHASE THREE, CONDOMINIUM, of record in Plat Book 6200, Page 929, Amended in Book 7900, Page 203, the Register's Office,

Davidson County, Tennessee, to which plat reference is hereby made for a more complete description.

This property conveyed to Hugo Balcazar Diaz and wife, Sandra Balcazar, from Hugo Balcazar Diaz by quitclaim deed recorded on April 3, 2018, in Instrument No. 20180403-0031262 with the Register of Deeds Office in Davidson County, Tennessee.

Being the same property conveyed to Hugo Balcazar Diaz, unmarried, by Warranty Deed from Cynthia A. Austin, unmarried, of record in Instrument Number 20060221-0019826, Register's Office for Davidson County, Tennessee.

This conveyance is subject to any and all existing easements and restrictions as shown of record.

c. 290 Hillsdale Circle, Dixson Springs, Tennessee 37057, more particularly described as follows:

BEGINNING at a point at the intersection of the center of Goose Creek and a branch to the north, being the southwest corner of this tract and a corner to Jason Goodman and David Goodman property described in record book 19 page 399 and in the line of Randell and Phyllis West property described in deed book 81 page 435 and 86.00 feet north of Hillsdale Circle; thence with Goodman and the center of the branch to the north 14 degrees 37 minutes 24 seconds west a distance of 144.32 feet to a point in the center of the branch; thence with Goodman and Jeff Brewington north 13 degrees 45 minutes 47 seconds west a distance of 144.34 feet to a point in the center of the branch, being a corner to Larry and Kelli Smith property described in record book 17 page 696; thence leaving the branch with Smith north 75 degrees 09 minutes 30 seconds east a distance of 30.95 feet to an iron pin new; thence north 00 degrees 21 minutes 36 seconds west a distance of 14.64 feet to an iron pin new; thence north 74 degrees 01 minutes 31 seconds east a distance of 65.69 feet to an iron pin new; thence north 73 degrees 54 minutes 56 seconds east a distance of 58.84 feet to an iron pin new; thence north 69 degrees 08 minutes 51 seconds east a distance of 35.82 feet to an iron pin new; thence north 56 degrees 58 minutes 45 seconds east a distance of 85.17 feet to an iron pin new; thence south 35 degrees 16 minutes 23 seconds east a distance of 34.96 feet to an iron pin new; thence south 35 degrees 16 minutes 23 seconds east a distance of 33.18 feet to a point in the center of Goose Creek; thence with the center of Goose Creek south 31 degrees 45 minutes 16 seconds west a distance of 253.10 feet to a point; thence south 56 degrees 35 minutes 16 seconds west a distance of 235.69 feet to a point, which is the point of beginning, having an area of 1.73 acres more or less. Subject to all rights-of-ways, easements, and restrictions of record. Subject to the findings of a title report in accordance with a survey prepared by Steven Michael Holland, Tennessee Registered Land Surveyor license number 2337, dated 01/17/2023 as shown on drawing number 221012.

This property conveyed to Sergio Alvarado and Coralia Encarnacion Menjivar Alvarado from Beach One Properties, LLC. by quitclaim deed conveyed on March 10, 2023,

recorded on April 26, 2023 in Deed Book RB183, Page 468-470 with the Register of Deeds Office of Macon County, Tennessee.

Being that property conveyed to Beach One Properties, LLC., by Warranty Deed from Diane Spurlock, Michael Underwood and Mamie Underwood, dated March 3, 2023, recorded March 8, 2023, at 10:41 AM, of record in Record Book 181, Page 222, Register's Office of Macon County, Tennessee.

3. If any of the property described above, as a result of any act or omission of the defendants, **[1] ANGEL SANDOVAL, a/k/a "50," [2] SERGIO ALVARADO, a/k/a/ "Scrappy," a/k/a "Pajarito," [3] ANTYWAN DANGERFIELD, [4] HUGO BALCAZAR, JR., a/k/a "Chino," [5] JOSE FRANCISCO LOPEZ, [6] ISRAEL SILVA MARTINEZ, [7] GEOFFREY JACKSON, [8] CALVIN PENTECOST, [9] MICHAEL WILKER, [10] DANIEL AMMON, [11] AMIR ZARE, [12] JOSUE ORLANDO ALEMAN,** and **[13] ABRAHAM MARTINEZ, a/k/a "A.B.,"**:

(A) cannot be located upon the exercise of due diligence;

(B) has been transferred or sold to, or deposited with, a third party;

(C) has been placed beyond the jurisdiction of the court;

(D) has been substantially diminished in value; or

(E) has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property and it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants, **[1] ANGEL SANDOVAL, a/k/a "50," [2] SERGIO ALVARADO, a/k/a/ "Scrappy," a/k/a "Pajarito," [3] ANTYWAN DANGERFIELD, [4] HUGO BALCAZAR, JR., a/k/a "Chino," [5] JOSE FRANCISCO LOPEZ, [6] ISRAEL SILVA MARTINEZ, [7] GEOFFREY JACKSON, [8] CALVIN PENTECOST, [9]**

**MICHAEL WILKER, [10] DANIEL AMMON, [11] AMIR ZARE, [12] JOSUE ORLANDO ALEMAN,** and **[13] ABRAHAM MARTINEZ**, **a/k/a "A.B.,"** up to the value of said property listed above as subject to forfeiture.

A TRUE BILL

[redacted]

FOREPERSON

ROBERT E. McGUIRE
ACTING UNITED STATES ATTORNEY

EMILY PETRO
ASSISTANT UNITED STATES ATTORNEY

KATHRYN RISINGER
ASSISTANT UNITED STATES ATTORNEY